IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN D. BARGEN,<br><br>    Defendant. | 4:11CR3073<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1)  The defendant shall appear at his revocation hearing scheduled for December 8, 2016 at 1:00 p.m.

2)  The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing,

September 1, 2016.

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge